IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MALRIK CORDALE BOOSE,
    Plaintiff,

vs.                                            Case No. 3:07cv372/MCR/EMT

OKALOOSA COUNTY, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

        This cause is before the court upon referral from the clerk.  Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (Doc. 1).  On September 13, 2007, this court entered an order giving Plaintiff thirty (30) days in which to pay an initial partial filing fee in the amount of $40.00 (Doc. 5).  Plaintiff paid $20.00 of the initial fee, leaving a balance of $20.00 (*see* Docket Entry 8).  Because Plaintiff failed to pay the full initial partial filing fee, the court issued an order on October 19, 2007 requiring Plaintiff to show cause, within twenty (20) days, why this action should not be dismissed for failure to comply with an order of the court (Doc. 9).  The time for compliance with the show cause order has now elapsed, and Plaintiff has failed to pay the remaining balance of the initial partial filing fee or show cause for his failure to do so.

        Accordingly, it is respectfully **RECOMMENDED**:

        That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

        **DONE AND ORDERED** this 13th day of November 2007.

                                                /s/ *Elizabeth M. Timothy*
                                                **ELIZABETH M. TIMOTHY**
                                                **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).