IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MALRIK CORDALE BOOSE,
    Plaintiff,

vs.                                    Case No. 3:07cv372/MCR/EMT

OKALOOSA COUNTY, et al.,
    Defendants.
_____/

**SUPPLEMENT TO REPORT AND RECOMMENDATION**

       On March 7, 2008 the undersigned issued a report and recommendation recommending that Plaintiff's case be dismissed for failure to comply with an order of the court (Doc. 30). Plaintiff filed objections to the Report and Recommendation asserting that the court should consider that he was in transit for one (1) week to a trial in Okaloosa County and did not have his documents relating to this case (*see* Doc. 32). Additionally, Plaintiff states that because he was in transit, he had to re-apply for account statements (*id.*). On March 30, 2008, Plaintiff submitted a prisoner consent form and financial certificate for March 2008 (*see* Doc. 34). The prisoner consent form and financial certificate were referred to the undersigned on April 7, 2008. The undersigned concludes that Plaintiff's submissions do not change the conclusion that Plaintiff's case should be dismissed for failure to comply with an order of the court, and the basis for this conclusion is set forth in this supplement to the report and recommendation.

       This court issued an order on February 13, 2008, requiring Plaintiff to show cause, within twenty (20) days, why this case should not be dismissed for failing to submit a prisoner consent form and financial certificate, including an attached computer printout of the transactions in his inmate trust fund account for the period of September 1, 2007 through February 13, 2008 as directed (Doc. 29 at 2). Plaintiff's recent submission of a prisoner consent form and financial certificate does not

change the court's recommendation that this case be dismissed, because the account statement Plaintiff submitted reflects his account balance for March 2008 and <u>again</u> fails to comply with the court order requiring Plaintiff to submit a computer printout of account statements from <u>September 1, 2007 through February 13, 2008</u> (Doc. 29 at 2).  Additionally, the court takes judicial notice of the prisoner consent form and financial certificate, and the trust fund account statement reflecting Plaintiff's account activity in January 2008, which were submitted by Plaintiff on February 3, 2008, in <u>Boose v. Barron, et al.</u>, Case No: 3:07cv379/MCR/MD (N.D. Fla.).  The consent forms that were submitted by Plaintiff in February and March 2008 reflect that Plaintiff's average monthly balance was $50.00, but Plaintiff has failed to submit any payments toward the filing fee in the instant case since that time (*see id*. at Doc. 14; Doc. 34).  Therefore, the court's recommendation that this case should be dismissed for failure to comply with an order of the court has not changed.

**DONE AND ORDERED** this 21st day of April 2008.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**